Case 05-06245-KCF   Doc 382   Filed 07/13/10   Entered 07/14/10 16:20:25   Desc Main
Case 3:09-cv-04371-JAP   Document 717   Filed 07/13/10   Page 1 of 3
Document   Page 1 of 3
Case 3:09-cv-04371-JAP   Document 710-1   Filed 07/12/10   Page 2 of 4

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>CONGOLEUM CORPORATION, *et al.*,<br><br>Debtors and Debtors-in-Possession. | Civil Action No. 09-4371 (JAP)<br><br>Bankr. Case No. 03-51524 |
| CONGOLEUM CORPORATION, Debtor-in-Possession,<br><br>OFFICIAL COMMITTEE OF BONDHOLDERS OF CONGOLEUM CORPORATION, *et al.*, As A Representative of the Debtors-In-Possession,<br><br>Plaintiffs,<br><br>v.<br><br>ARTHUR J. PERGAMENT, as the Collateral Trustee of the Collateral Trust, on behalf of Claimants Holding Claims in Class-2 – Secured Asbestos Claims of Qualified Pre-Petition Settlement Claimants and Class 3 – Secured Asbestos Claims of Qualified Participating Claimants, *et al.*,<br><br>JOSEPH F. RICE, MOTLEY RICE LLC,<br><br>PERRY WEITZ, WEITZ & LUXENBERG, P.C.,<br><br>and<br><br>ALL DEFENDANTS LISTED ON EXHIBITS 1 THROUGH 93 TO THIS COMPLAINT.<br><br>Defendants. | Adv. Proc. No. 05-06245 |

RECEIVED
JUL 13 2010
AT 8:30_____M
WILLIAM T. WALSH
CLERK

## ORDER DISMISSING OMNIBUS AVOIDANCE ACTION

The relief set forth on the following page numbered three (3) is hereby

**ORDERED**.

Dated: ____July 13____, 2010
Trenton, New Jersey

_____
THE HONORABLE JOEL A. PISANO
UNITED STATES DISTRICT JUDGE

Case 05-06245-KCF    Doc 382    Filed 07/13/10    Entered 07/14/10 16:20:25    Desc Main
Case 3:09-cv-04371-JAP    Document 717    Filed 07/13/10    Page 2 of 5
        Document    Page 2 of 3
Case 3:09-cv-04371-JAP    Document 710-1    Filed 07/12/10    Page 3 of 4

WHEREAS, on March 11, 2010, the Debtors filed the Fourth Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of the Debtors, the Official Asbestos Claimants' Committee, the Official Committee of Bondholders for Congoleum Corporation, *et al.* and the Future Representative dated as of March 11, 2010 (the "<u>Plan</u>")[1] [Dkt. No. 434].

WHEREAS, on June 7, 2010, this Court entered its Order Confirming the Plan (as modified) [Dkt. No. 664], and the Plan's Effective Date occurred on July 1, 2010 [Dkt. No. 703].

WHEREAS, Section 5.14(d) of the Plan, which addresses the Litigation Settlement Agreement, provides that "[w]ithin 30 days after the Effective Date of the Plan, the District Court shall enter an order of dismissal of all claims and counterclaims in the Avoidance Actions, with prejudice, and with all parties to bear their own costs and attorneys fees."

WHEREAS, in Section 1.2 of the Plan, Avoidance Actions is defined to include Adversary Proceeding No. 05-06245 (Bankr. D.N.J.), which has been commonly referred to as the Omnibus Avoidance Action.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Plan.

Case 05-06245-KCF    Doc 382    Filed 07/13/10    Entered 07/14/10 16:20:25    Desc Main
Document    Page 3 of 3
Case 3:09-cv-04371-JAP    Document 717    Filed 07/13/10    Page 3 of 3
Case 3:09-cv-04371-JAP    Document 710-1    Filed 07/12/10    Page 4 of 4

**IT IS ORDERED THAT:**

1.     Adversary Proceeding No. 05-06245 (Bankr. D.N.J.), including all claims and counterclaims therein, is dismissed, with prejudice, and with all parties to bear their own costs and attorneys fees.